LILLIAN ROBERTS, as Executive Director of District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, et al., Appellants, v HEALTH AND HOSPITALS CORPORATION et al., Respondents.

DANIEL DROMM, Member of New York City Council, District 25, et al., Appellants, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent.

In the Matter of SEAN FITZPATRICK, as Business Representative and on Behalf of Local Union No. 3, I.B.E.W., AFL-CIO, et al., Appellants, v HEALTH AND HOSPITALS CORPORATION et al., Respondents.

Submitted August 29, 2011; decided November 21, 2011

Motion by New York City Municipal Labor Committee for leave to file a brief amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.

DONNA M. ROMEO, Appellant, v RYAN BARRELLA et al., Respondents, et al., Defendant.

Submitted August 15, 2011; decided November 21, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BART SHACHNOW, Respondent, v JENNIFER SHAFER, Appellant.

Submitted September 12, 2011; decided November 21, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance and dismissal, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.